JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 8519

-------------------------------------------------------------x
TRANS-MANAGEMENT LIMITED

                            Plaintiff,                       07 CV

-v-

**STATEMENT PURSUANT
TO F.R.C.P 7.1**

GLYDE MARITIME AGENCY LTD., and
SVETOZAR MARITTIMA s.r.l.

                           Defendants.

OCT 0 2 2007
U.S.D.C. S.D.N.Y.
CASHIERS

-------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, TRANS-MANAGEMENT LIMITED, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       October 1, 2007

                                      CHALOS, O'CONNOR & DUFFY, L.L.P.
                                      Attorneys for Plaintiff
                                      TRANS-MANAGEMENT LIMITED

By:      _____
            George M. Chalos (GC-8693)
            366 Main Street
            Port Washington, New York 11050
            Tel: (516) 767-3600
            Fax: (516) 767-3605
            Email: gmc@codus-law.com