CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRANS-MANAGEMENT LIMITED,                :
                                         :
                                         :
                    Plaintiff,           :    **07-CV-8519**
                                         :
        v.                               :    **NOTICE OF**
                                         :    **APPEARANCE**
GLYDE MARITIME AGENCY LTD., and          :
SVETOZAR MARITTIMA s.r.l.,               :
                                         :
                                         :
                    Defendants.          :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        October 24, 2007

                                CLARK, ATCHESON & REISERT
                                Attorneys for Garnishee
                                Societe Generale New York Branch

                        By:     _____
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ 07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email:  reisert@navlaw.com