UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRANS-MANAGEMENT LIMITED,

        Plaintiff(s)

  V.                                       07-cv-8519 (LAK)

GLYDE MARITIME AGENCY, LTD., et ano.,

        Defendant(s).

------------------------------------------------------------x

HON. LEWIS A KAPLAN:

ORDER

      As of May 9, 2008, plaintiff failed to file either proof of service on any defendants or proof of attachment of funds. As per the November 9, 2007 order, the case is dismissed without prejudice.

SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
             July ___, 2008